# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**C.C.,** the father,
Appellant,

v.

**GUARDIAN AD LITEM,**
Appellee.

No. 4D20-2053

[December 2, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert B. Meadows, Judge; L.T. Case No. 56-2018-DP-000230 A.

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for appellant.

Morgan Lyle Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, and Thomasina F. Moore, Statewide Director of Appeals, and Samantha C. Valley, Senior Attorney of the Statewide Guardian Ad Litem Office, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.  See L.C. v. Dep't of Children and Families*, 294 So. 3d 447 (Fla. 4th DCA 2020); *T.D. v. Dep't of Children and Families*, 187 So. 3d 365 (Fla. 5th DCA 2016).

WARNER, CONNER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***